IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MARSIGNOR CORNELIOUS WHITE,
    Petitioner,

vs.                                    Case No.:  5:16cv233/LAC/EMT

WARDEN FCI MARIANNA,
    Respondent.
_____/

**O R D E R**

    This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated October 31, 2016 (ECF No. 10). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed..

    Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Petitioner's motion to voluntarily dismiss (ECF No. 9) is **GRANTED**

and this action dismissed without prejudice.

**DONE AND ORDERED** this 30th day of November, 2016.

*s/L.A. Collier*
**LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE**

Case No.: 5:16cv233/LAC/EMT